FILED

08/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0082

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0082

_____

CITY OF BILLINGS,

      Plaintiff and Appellee,

v.

KATRINA LYNN HOFMAN,

      Defendant and Appellant,

                                O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mary Jane Knisely, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 4 2021